# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154143

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                       SC: 154143
                                       COA: 324320
                                       Cheboygan CC: 13-004718-FH

DANIEL WILLIAM KAHN,
         Defendant-Appellee.

_____/

      By order of January 24, 2017, the application for leave to appeal the May 31, 2016 judgment of the Court of Appeals was held in abeyance pending the decisions in *People v Frederick* (Docket No. 153115) and *People v Van Doorne* (Docket No. 153117). On order of the Court, the cases having been decided on June 1, 2017, 500 Mich ___ (2017), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2017



                                             Clerk

s0920